**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SEBASTIAN PEREZ SEGOVIA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, DELANEY HALL DETENTION FACILITY, *et al.*,<br><br>Respondents. | Civil Action Nos. 26-9600 (MAS)<br><br>**ORDER** |

This matter having come before the Court on Petitioner's habeas petition (ECF No. 1), the Court having screened the petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 petitions through Rule 1(b), and for the reasons expressed in the accompanying Memorandum Opinion,

**IT IS** on this 15th day of September, 2026, **ORDERED** that:

1. Petitioner's habeas petition (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to state a plausible claim for habeas relief; and
2. The Clerk of the Court shall serve a copy of this Order and the accompanying Opinion upon the Petitioner by regular mail, and shall **CLOSE** the file.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE